## MEYER *vs.* SCANNELL, Sheriff.

*Fourth Judicial District Court, March, 1857.*

### HOUSEHOLDER.

A Householder, in the meaning of the statute, as a surety, is only a permanent resident and not necessarily the head of a family.

Motion on an exception to a surety on a replevin bond.

*Harmon & Labatt*, for plaintiff.

*Haight & Haight*, for defendant.

This was a motion to show cause why one Levi Strauss, a surety on a replevin bond, should not be held incompetent on the ground that he was not a householder, having justified as such.

It appeared on the examination before the Clerk, that Strauss had a store and slept in the same, but had no other residence and had no family.

Judge Hager held that householder here meant one who had a fixed residence in the county, and that the term householder was used in contradistinction to a transient resident.